THE HONORABLE ROBERT BRYAN

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| THE CITY OF POULSBO, a Washington municipal corporation,<br>KATHRYN H. QUADE, MAYOR, CITY OF POULSBO, Douglas Quade and their marital community;<br>CITY OF POULSBO INTERIM POLICE CHIEF JAKE D. EVANS<br>DEANNA S. KINGERY, CITY OF POULSBO HUMAN RESOURCES MANAGER, KITSAP COUNTY, KITSAP COUNTY SHERIFF, SGT. JAMES MCDONOUGH<br>AND DOES 1-20 **Defendants**. | **CASE NO. C09-5545-RJB**<br><br>**ORDER PERMITTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |

THIS MATTER having come before this court upon motion of the plaintiff, to permit filing of the Second Amended Complaint, as attached to plaintiff's Motion. This court having considered the motion, and the proposed Second Amended Complaint attached thereto, and having determined that the motion should be granted, it is now therefore,

ORDER (**C09-5545-RJB** )- 1

LAW OFFICES OF
**HARISH BHARTI**
AND ASSOCIATES, LLC
6701 37th Ave NW ■ Seattle, WA 98117
PH: 206-706-6400 Fax: 1(866)-664-0667

ORDERED that plaintiff is permitted to file his Second Amended Complaint. It is further ORDERED that the Second Amended Complaint shall relate back to the date of the original filing of the complaint.

DONE IN OPEN COURT this 25th day of November, 2009.

_____
ROBERT J. BRYAN
United States District Judge

Presented by;

LAW OFFICES OF HARISH BHARTI
AND ASSOCIATES, LLC

By: /s/ Harish Bharti
_____
Harish Bharti, WSBA # 23960
Attorney for plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on 11-6-09, I electronically filed the foregoing with the Clerk of Court using CM/EFC system which will send notification of such filing to the following:
Eileen M. Lawrence @ **elawrence@davisgrimmpayne.com**
lone George @ **lgeorge@co.kitsap.wa.us**

By: /s/ Harish Bharti

ORDER (**C09-5545-RJB** )- 2