# United States District Court

WESTERN DISTRICT OF WASHINGTON

GRANT H. ROMAINE,   JUDGMENT IN A CIVIL CASE

v.

CITY OF POULSBO, et al.   CASE NUMBER: C09-5545RJB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT the City of Poulsbo defendants Deanna S. Kingery, Mayor Kathryn H. Quade and Jake D. Evans, and the City of Poulsbo defendants' motion for attorney's fees (Dkt. 147) is **GRANTED IN PART AND DENIED IN PART**, as follows: (1) Judgment is entered in the amount of $1,457.50 in attorney's fees, against plaintiff and in favor of the City of Poulsbo defendants; (2) Judgment is entered in the amount of $1,000 against plaintiff and in favor of Douglas Quade; (3) Judgment is entered in the amount of $5,000 against plaintiff's counsel and in favor of Douglas Quade; and (4) the motion is **DENIED** in all other respects. Plaintiff's cross-motion for sanctions (Dkt. 150) is **DENIED**.

August 25, 2010   BRUCE RIFKIN
   Clerk

   /s/ Dara L. Kaleel
   By Dara L. Kaleel, Deputy Clerk